18A72404

No. _____

**Date Summons Issued and E-Filed**

12/14/2018

Siana Smith
Deputy Clerk

Deposit Paid $ _____

[ ] **JURY**

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

Alexus Fowler
Plaintiff

**vs.**

CRST Expedited, Inc. through registered agent, Cogency Global, Inc.
900 Old Roswell Road, Suite 310
Roswell, Georgia 30076
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Daniel J. Saxton
Name
1995 North Park Place, Suite 207, Atlanta, Georgia 30339
Address
678-213-1060                                   628075
Phone Number                                   Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

| Defendant's Attorney | | Third Party Attorney | |
|---|---|---|---|
| Address | | Address | |
| Phone No. | Georgia Bar No. | Phone No. | Georgia Bar No. |

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.



E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
12/14/2018 4:51 PM
E-FILED
BY: Siana Smith

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| Alexus Fowler, | * | |
| | * | CIVIL ACTION FILE NO.: |
| Plaintiff, | * | |
| | * | 18A72404 |
| vs. | * | |
| | * | |
| CRST Expedited, Inc, | * | JURY TRIAL DEMAND |
| | * | |
| Defendant. | * | |

## COMPLAINT FOR TORT DAMAGES

COMES NOW, Alexus Fowler, Plaintiff in the above-styled Civil Action, and files her complaint for tort and related matters against the Defendant, CRST Expedited, Inc and for cause shows the following.

### PARTIES AND JURISDICTION

1.

Defendant CRST Expedited, Inc can be served via their registered agent Cogency Global, Inc., whom can be served at 900 Old Roswell Road, Suite 310, Roswell, Georgia 30076.

2.

Defendants are subject to the jurisdiction and venue of this Court.

### STATEMENT OF FACTS

3.

Plaintiff hereby repleads and reincorporates her allegations contained in Paragraphs 1 through 2 above as if alleged herein.

4.

By virtue of the facts hereinafter alleged, Defendants have injured and damaged Plaintiff in amounts to be proven by Plaintiff and determined by this Court.

5.

On or about December 17th, 2018 at 3:02 pm Plaintiff was innocent as the passenger to her mother, Brenda Fowler who was operating her 2015 Kia Optima as described in the police report (See Exhibit A).

6.

Plaintiff's mother was stopped behind a 18-wheel truck waiting for them to continue through the stop sign based on traffic.

7.

At the same time, Defendant's employed driver was sitting at the stop sign waiting for traffic to clear.

8.

Defendant's employed driver was operating an 18-wheel truck barring company information of CRST.

9.

Shortly thereafter, Defendant's driver backed into Plaintiff.

10.

Defendant's employed driver then left the scene of the accident.

11.

Defendant's driver was being inattentive.

12.

Consequently, Defendant's driver violently collided with Plaintiff.

13.

As a result of subject-collision, Plaintiff suffered damages including bodily injuries.

14.

To date, Plaintiff has incurred medical expenses for the treatment of injuries suffered from the collision including $162,628.10 and such other amount to be proven at hearing or trial before this Court as detailed here:

| | |
|---|---|
| Kaiser (Exhibit B) | $ 16,210.00 (Exhibit B1) |
| Southern Regional Medical Center (Exhibit C) | $ 9,254.32 (Exhibit C1) |
| AICA (Exhibit D) | $ 7,308.00 (Exhibit D1) |
| MS Center (Exhibit E) | $ 2,450.00 (Exhibit E1) |
| Middle Georgia Emergency Associates (See Exhibit F1) | $ 1,531.00 (Exhibit F1) |
| | $ 87,967.03 (Exhibit G1) |
| Northside Hospital (Exhibit G) | $ 36,621.80 (Exhibit G1) |
| Dekalb Medical Center (Exhibit H) | $ 1,285.95 (Exhibit G1) |
| Piedmont Henry Hospital (Exhibit I) | |

15.

To date, Plaintiff has suffered damages in the form of mileage to seek treatment of injuries suffered due to the subject-collision in amounts to be proven at hearing or trial before this Court.

16.

To date, Plaintiff has suffered damages in the form of pain and suffering in an amount of $ 162,628.10 (See Exhibits B1-I1) and such amounts as to be proven at hearing or trial before this Court.

## COUNT I – NEGLIGENCE

17.

Plaintiff hereby repleads and reincorporates his allegations contained in Paragraphs 1 through 16 above as if alleged herein.

18.

On the date and time of the subject-collision, Defendant owed Plaintiff a duty of care to operate his vehicle safely at the intersection of Bailey Street and Moreland Avenue.

19.

Defendant breached the duty of care that he owed to Plaintiff.

20.

Defendant breached his duty of care in the following ways:

a. In backing his vehicle improperly;

b. In failing to have the vehicle he was operating under control at the time and place in question;

c. In failing to stop and render aid;

d. In Failing to exercise due care;

e. In being inattentive; and

f. In failing to report an accident.

21.

These breaches of the duty of care owed to Plaintiff constitute actionable negligence.

22.

The sole proximate cause of the injuries and damages suffered by Plaintiff is the negligent operation of his motor vehicle by Defendant.

## COUNT II – NEGLIGENCE *PER SE* – VIOLATION OF O.C.G.A. § 40-6-240 ; O.C.G.A. § 40-6-270 AND O.C.G.A. § 40-6-390

24.

Plaintiff hereby repleads and reincorporates his allegations contained in Paragraphs 1 through 22 above as if alleged herein.

25.

Defendant's actions on the date of the subject-collision violated O.C.G.A. § 40-6-240 ; O.C.G.A. § 40-6-270 and O.C.G.A. § 40-6-390.

26.

Defendant's actions in violation of O.C.G.A. § 40-6-240 ; O.C.G.A. § 40-6-270 and O.C.G.A. § 40-6-390 were the sole proximate causes of the damages and injuries suffered by Plaintiff.

27.

Defendant's actions in violation of O.C.G.A. § 40-6-240 ; O.C.G.A. § 40-6-270 and O.C.G.A. § 40-6-390 constitute actionable negligence *per se*.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff, Alexus Fowler, respectfully demands that judgment be entered in her favor against the Defendant and that Plaintiff receive an award of damages in an amount of $162,628.10 in medical expenses (see exhibit B1-I1) and $837,371.90 (see exhibit B-I) in pain and suffering and any other fair and reasonable amount to include all damages recoverable at law including:

a. Provide a trial by jury;

b. That process be issued and that service be had on the Defendant;

c. Find the Defendant was negligent and the Defendant's actions were the cause of Plaintiff's damages;

d. Award Plaintiff damages including cost of medical treatment of injuries ($162,628.10; See exhibit B1-G1), mileage, and pain and suffering($837,371.90; See exhibit B-I) incurred by Plaintiff in any other amounts to be proven before this Court at a hearing or trial as a result of Defendant's negligence and;

e. Award any other relief as the Court may deem just and proper in the circumstances.

Respectfully submitted this 14 day of December, 2018.

SAXTON AND ASSOCIATES, P.C.

_____
Daniel J. Saxton
Georgia Bar No.: 628075
**Attorney for Plaintiff**

1995 North Park Place
Suite 207
Atlanta, Georgia 30339
(404) 213-1060 – Telephone
(404) 506-9800 – Fax
djsaxton@buckheadlawgroup.com

Page 6 of 7

STATE COURT OF
DEKALB COUNTY, GA.
12/14/2018 4:51 PM
E-FILED
BY: Siana Smith

# EXHIBIT A

# GEORGIA UNIFORM MOTOR VEHICLE ACCIDENT REPORT

| Field | Value |
|---|---|
| Accident Number | 16-123851 |
| Agency NCIC No. | 0440200 |
| County | DEKALB |
| Date Rec. by DO | |
| Date | 12/17/2016 |
| Day Of Week | SATURDAY |
| Time | 15:02 |
| Off. Arrived | 15:20 |
| Vehicles | 2 |
| Injuries | 0 |
| Fatalities | 0 |
| Inside City Of | Decatur |
| Hit And Run? | ✓ |
| Suppl. To Original? | |
| Road of Occurrence | MORELAND AVE |
| At Its Intersection With | BAILEY ST |
| Private Property? | |

## UNIT 1 - DRIVER (HIT AND RUN)

- Last Name: RUN
- First: HIT
- Middle: 
- Address: 
- City: 
- State: 
- Zip: 
- DOB: 
- Driver's License No: 
- Class: 
- State: 
- Sex: 
- Posted Speed: 
- Insurance Co.: 
- Policy No.: 
- Year: 
- Make: 
- Model: 
- Telephone No.: 
- VIN: 
- Vehicle Color: 
- Tag #: 
- State: 
- County: 
- Year: 
- Trailer: 
- Owner: (blank)
- Removed By: 
- Alcohol Test: No
- Drug Test: No
- Driver Cond: 
- Direction of Travel: Unknown or NA
- Vision Obscured: 
- Contributing Factors: Improper Backing
- Vehicle Cond: 
- Vehicle Maneuver: 
- Most Harmful Event: Motor Vehicle In Motion
- Vehicle Class: 
- Vehicle Type: 
- Traffic Ctrl: Lanes
- Device Inoperative?: 
- Injured Taken To: 
- EMS Notified Time: 
- EMS Arrival Time: 
- Hospital Arrival Time: 
- Photos Taken: No

## UNIT 2 - DRIVER

- Last Name: FOWLER
- First: BRENDA
- Middle: 
- Address: 5750 GUM CT
- City: ELLENWOOD (CLAYTON)
- State: GA
- Zip: 30294
- DOB: 02/01/1961
- Driver's License No: 052353931
- Class: CLASS C
- State: GA
- Sex: Female
- Posted Speed: 
- Insurance Co.: LIBERTY MUTUAL
- Policy No.: AOS-258-046932-7053
- Year: 2015
- Make: KIA MOTORS
- Model: OPTIMA
- Telephone No.: 404-484-0836
- VIN: KNAGM4A72F5627300
- Vehicle Color: Silver
- Tag #: CDX2772
- State: GA
- County: CLAYTON
- Year: 2017
- Trailer: 
- Same as Driver: ✓
- Owner's Last Name: FOWLER
- First: BRENDA
- Address: 5750 GUM CT
- City: ELLENWOOD (CLAYTON)
- State: GA
- Zip: 30294
- Removed By: DRIVER
- Alcohol Test: No
- Drug Test: No
- Driver Cond: Not Drinking
- Direction of Travel: E
- Vision Obscured: Not Obscured
- Contributing Factors: No Contributing Factors
- Vehicle Cond: No Known Defects
- Vehicle Maneuver: Stopped
- Most Harmful Event: Motor Vehicle In Motion
- Vehicle Class: Privately Owned
- Vehicle Type: Passenger Car
- Traffic Ctrl: Lanes
- Device Inoperative?: 
- Injured Taken To: 
- EMS Notified Time: 
- EMS Arrival Time: 
- Hospital Arrival Time: 
- Photos Taken: No

### Commercial Vehicles Only

**Vehicle # 1**
- Carrier Name: 
- Address: 
- City: 
- State: 
- Zip: 
- No. of Axles: 
- G.V.W.R: 
- Fed. Reportable: No
- Cargo Body Type: 
- Vehicle Config.: 
- I.C.C.M.C. #: 
- U.S. D.O.T. #: 
- Interstate/Intrastate: 

**Vehicle # 2**
- Carrier Name: 
- Address: 
- City: 
- State: 
- Zip: 
- No. of Axles: 
- G.V.W.R: 
- Fed. Reportable: No
- Cargo Body Type: 
- Vehicle Config.: 
- I.C.C.M.C. #: 
- U.S. D.O.T. #: 
- Interstate/Intrastate:

**Witnesses**

None Listed

**Remarks**

Based on the statements of parties involved and the physical evidence at the scene, the following was determined:

Vehicle #2 stated she was traveling east on Bailey St when driver #1 backed into her vehicle and left the location. Driver #2 stated it was a 18 wheeler truck barring CRST on it. Driver #2 complain of back pain and advised she will seek private medical treatment. No other injuries were reported at the scene. Driver #2 was provided a case number.

**Diagram**



None Listed

## Collision Information

| First Harmful Event | Traffic Way Flow | Weather | Surface Cond. | Light Cond. | Manner of Collision | Location at area of Impact | Road Comp. | Road Def. | Road Character | Construction / Maintenance Zone |
|---|---|---|---|---|---|---|---|---|---|---|
| Motor Vehicle in Motion | Two-Way Trafficway with no physical separation | Clear | Dry | Daylight | Rear End | On Roadway | Other | No Defects | Straight and Level | None |

## Vehicle Information

| VEH # | Number of Occupants | Point of Initial Contact | Damage To Vehicles | Skid Distance Before Impact | After | Width of Road |
|---|---|---|---|---|---|---|
| 1 |  | Rear End | Moderate |  |  |  |
| 2 | 2 | Front End | Moderate |  |  |  |

## Property Damage

None Listed

## Involved Persons

| Last Name | First | Address | City | State | Zip | Age | Sex | Veh # | Pos | Injury | Taken for treat. | Eject | Safety Equip. | Extric | Air Bag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RUN | HIT |  |  |  |  | 0 |  | 1 | Front Seat-Left Side | Not Injured | No |  |  |  |  |
| FOWLER | BRENDA | 5750 GUM CT | ELLENWOOD (CLAYTON) | GA | 30294 | 55 | F | 2 | Front Seat-Left Side | Not Injured | No | Not Ejected | Unknown | No | Non-Deployed Air Bag |
| FOWLER | ALEXUS | 5750 GUM CT | ELLENWOOD (CLAYTON) | GA | 30294 | 22 | F | 2 | Front Seat-Right Side | Not Injured | No | Not Ejected | Unknown | No | Non-Deployed Air Bag |