# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALEXUS FOWLER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILING NO.: |
| | ) |
| v. | ) 1:19-CV-00449-AT |
| | ) |
| CRST EXPEDITED, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant.

Respectfully submitted this 23rd day of May, 2019,

/s/ Mark A. Calhoun
Mark A. Calhoun, Esq.
Ga. Bar No. 106309
Co-Attorney for Plaintiff

The Law Office of Mark A. Calhoun, LLC.
5495 Jimmy Carter Blvd.
Suite B4
Norcross, GA 30093
Tel:   678-250-9390
Email: mark@mcalhounlaw.com

1

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ALEXUS FOWLER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILING NO.: |
| | ) |
| v. | ) 1:19-CV-00449-AT |
| | ) |
| CRST EXPEDITED, INC., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) upon the other parties to this action by filing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record, and by depositing it in the United States Mail in an envelope with sufficient postage affixed, addressed as follows:

>   Daniel J. Saxton
>   Saxton and Associates, P.C.
>   1995 North Park Place
>   Suite 207
>   Atlanta, GA 30339

>   Scott H. Moulton / Sandro Stojanovic
>   Hall Booth Smith, P.C.
>   191 Peachtree St NE

Suite 2900
Atlanta, GA 30303

Respectfully submitted this 23rd day of May, 2019,

/s/ Mark A. Calhoun
Mark A. Calhoun, Esq.
Ga. Bar No. 106309
Co-Attorney for Plaintiff

The Law Office of Mark A. Calhoun, LLC.
5495 Jimmy Carter Blvd.
Suite B4
Norcross, GA 30093
Tel:   678-250-9390
Email: mark@mcalhounlaw.com

This is to certify that this document was prepared in accordance with Court Rule L.R. 5.1B, N.D.Ga, in the Times New Roman 14 Point.